# DELLA CIOPPA & BOGOSIAN
**Attorneys at Law**
64 Gleneida Avenue

| Gary P. Bogosian | Suite 211 | 845-225-1382 |
| Alfred Della Cioppa | Carmel, New York 10512 | FAX:225-1385 |

June 26, 2006

United States Bankruptcy Court
Southern District of New York
Poughkeepsie Division
176 Church Street
Poughkeepsie, New York 12601

**Re: Lippi v. Weitzmann
Chapter 7 Case No.: 06-09043**

Dear Sirs:

 Pursuant to my telephone conversation with Milton earlier today, please be advised that our office on behalf of Defendant, Lisa Weitzmann and Plaintiff pro se, John Lippi, are requesting an adjournment on consent of the pre-trial conference currently scheduled for June 27, 2006 at 11:30 a.m. to Tuesday, July 25, 2006 at 11:30 a.m.

 In the interim, our office will be forwarding an order settling the above-captioned matter on notice to Mr. Lippi with his consent indicated thereon to the Court for Judge Morris' signature.

 Thank you very much for your courtesy and cooperation relative to this adjournment.

    Very truly yours,

    DELLA CIOPPA & BOGOSIAN

    By s/_____
     Gary P. Bogosian

GPB/ftz

cc: John J. Lippi