UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION
-----------------------------------------------------------X
In re:                                                                    CHAPTER 7

LISA M. WEITZMANN,                                         CASE NO.: 05-38958

                Debtor.
-----------------------------------------------------------X  **ORDER APPROVING SETTLEMENT**
JOHN J. LIPPI,

                Plaintiff,                          ADV. PROCEEDING NO.
                                                            06-9043
- against

LISA WEITZMANN,

                Defendant.
-----------------------------------------------------------X

      The Plaintiff, JOHN J. LIPPI, having commenced an adversarial proceeding against Defendant, LISA WEITZMANN, on or about March 3, 2006 and the Defendant LISA WEITZMANN by her attorney, GARY P. BOGOSIAN, ESQ., having interposed an answer to the complaint on or about April 3, 2006, and the matter having come before the Court on June 13, 2006, and the parties having conferred in Court and having agreed to settle the adversarial proceeding and it appearing that the settlement is proper and in the best interest of the parties,

      NOW, on motion of GARY P. BOGOSIAN, ESQ., attorney for Defendant, it is,

      ORDERED, that the Adversarial Proceeding is settled as follows:

1. The Defendant shall forward to the Plaintiff a bank or certified check in the sum of $5,000.00 payable to the Plaintiff, which said payment shall be made within ten (10) days of the entry of this order.

2. The Plaintiff shall tender to the Defendant the following items of furniture currently in the possession of the Defendant:

Antique dining room furniture consisting of:

An antique server and top;

A 60 inch round table with leaves;

Two captains' chairs;

Four chairs;

A china cabinet with three (3) wood and three (3) glass shelves;

One Natuzzi queen size couch/convertible bed;

One Natuzzi loveseat (both the couch and loveseat need to be cleaned);

One Hendredon king sleigh bed wood frame;

One king size dual mattress waterbed and frame.

All of said items which are currently in storage, shall be removed by the Plaintiff at his own expense within ten (10) days of the entry of this order; and it is further

ORDERED that the Adversarial Proceeding herein shall be closed; and it is further

ORDERED that a judgment in favor of the Plaintiff and against the Defendant in the amount of $15,160.00 together with interest, costs and disbursements making a total of $15,300.83 entered in the office of the Putnam County Clerk on July 26, 2004 under Putnam County Index No. 1016/2001 shall be vacated and the Clerk of the County of Putnam is directed

to vacate the aforesaid judgment upon presentment to it of a true copy of this order.

Agreed to as to form and substance                    Agreed to as to form and substance

_____                       _____
JOHN J. LIPPI, Plaintiff Pro Se                       LISA M. WEITZMANN, Defendant

Dated: Poughkeepsie, New York
July 25, 2006

                                                      /s/ Cecelia G. Morris
                                                      _____
                                                      U.S. Bankruptcy Judge